

January 2, 2020

**MEMORANDUM ENDORSED**

Hon. Gregory H. Woods
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *S.T.A. Parking Corp. v. General Star Indemnity Co.*, No. 1:19-cv-04250-GHW

Dear Judge Woods:

Pursuant to Rule 1.E. of your Honor's Individual Rules of Practice in Civil Cases, I write on behalf of defendant General Star Indemnity Co. ("General Star") to request a brief adjournment of the Initial Pretrial Conference currently scheduled for January 23, 2020 at 3:00 pm (Dkt. No. 33). This is the first request for such an adjournment. General Star seeks the adjournment because I have previously scheduled travel to California spanning the afternoon of January 22 through January 27 for a family function. Counsel for the parties have conferred, and plaintiff S.T.A. Parking Corp. consents to the requested adjournment.

Counsel for both parties are available for a rescheduled Initial Pretrial Conference January 29 through January 31, 2020, as well as during the weeks of February 3rd and February 10th. The requested adjournment does not affect any other currently scheduled dates, as no case management plan has yet been entered.

Thank you for your consideration.

Respectfully submitted,

Gary P. Seligman (*admitted pro hac vice*)

Cc: All counsel of record via ECF

Application granted. The initial pretrial conference is adjourned to January 29, 2020 at 2:30 p.m. The joint letter and proposed case management plan referenced in the Court's December 23, 2019 order, Dkt. No. 33, is due no later than January 22, 2020.

SO ORDERED.

Dated: January 2, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge